IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| WAYNE BRANTLEY, #221315, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:03-cv-650-F |
| | ) |
| TERRANCE McDONNELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The plaintiff's Objections to the Magistrate Judge Recommendation (Doc. #36) filed on August 3, 2005 are overruled;

(2)  The Recommendation of the United States Magistrate Judge entered on July 28, 2005 (Doc. #35) is adopted;

(3)  The plaintiff's request for injunctive relief is DISMISSED as moot.

(4)  The motions for summary judgment filed by defendants (Doc. #18 & #19) are GRANTED.

(5)  This case is DISMISSED with prejudice.

(6)  The costs of this proceeding are taxed against the plaintiff.

DONE this 18th day of August, 2005.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE